UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Constance Jackson, et al.
                                      Plaintiff,

v.                                                                 Case No.: 1:19−cv−01459
                                                                          Honorable John Z. Lee

Schell & Kampeter, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 14, 2019:

       MINUTE entry before the Honorable John Z. Lee:The parties have agreed that this case should be stayed due to the previously filed case of Classick v. Schell & Kampeter, Inc., No. 2:18−cv−02344−JAM−AC (E.D. Cal.), which asserts duplicative claims. quot;[A] federal suit may be dismissed for reasons of wise judicial administration... whenever it is duplicative of a parallel action already pending in another federal court. Serlin v. Arthur Andersen & Co., 3 F.3d 221, 223 (7th Cir. 1993). To conserve judicial resources, the Court exercises its discretion to stay this case pursuant to the parties' stipulation. The parties' agreed motion to stay is therefore granted [32]. This case is closed for administrative purposes subject to reinstatement by motion by either party under the terms of the stipulation. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.