# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSTANCE JACKSON and GWEN KASZYNSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Civil Action No. 1:19-cv-01459<br><br>**STIPULATION OF DISMISSAL** |

IT IS STIPULATED AND AGREED, by Plaintiffs Constance Jackson and Gwen Kaszynski and Defendants Schell & Kampeter, Inc. d/b/a Diamond Pet Foods, and Diamond Pet Foods Inc., authorized counsel below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's individual claims are hereby dismissed with prejudice and the class claims are dismissed without prejudice, each party to bear its own costs.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 6, 2022

By: */s/ Rebecca A. Peterson*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
(*rkshelquist@locklaw.com*)
Rebecca A. Peterson
(*rapeterson@locklaw.com*)
100 South Washington Ave., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Respectfully submitted,

By: */s/ Matthew C. Wolfe*

**SHOOK, HARDY & BACON L.L.P.**
Steven D. Soden (*ssoden@shb.com*)
2555 Grand boulevard
Kansas City, MO 64108
(816) 474-6550

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi (*pro hac vice*) (*anassihi@shb.com*)
555 Mission Street, Suite 2300
San Francisco, CA 94105
(415) 544-1900

| | |
|---|---|
| **SHUB LAW FIRM LLC** <br> Jonathan Shub (*jshub@shublawyers.com*) <br> Kevin Laukaitis (*klaukaitis@shublawyers.com*) <br> 134 Kings Hwy E, 2nd Floor <br> Haddonfield, NJ 08033 <br> Telephone: (856) 772-7200 | **SHOOK, HARDY & BACON L.L.P.** <br> Matthew C. Wolfe (*mwolfe@shb.com*) <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 704-7700 <br><br> *Counsel for Defendants* |

**LITE DEPALMA GREENBERG LLC**
Katrina Carroll (*kcarroll@litedepalma.com*)
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

**LITE DEPALMA GREENBERG LLC**
Susana Cruz Hodge
(*scruzhodge@litedepalma.com*)
570 Broad Street – Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

**ROBBINS LLP**
Kevin A. Seely (*kseely@robbinsllp.com*)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

**GUSTAFSON GLUEK, PLLC**
Daniel E. Gustafson
(*dgustafson@gustafsongluek.com*)
Karla M. Gluek (*kgluek@gustafsongluek.com*)
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

*Counsel for Plaintiffs
and the Proposed Putative Classes*