# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Constance Jackson, et al.

                         Plaintiff,

v.                                                              Case No.: 1:19−cv−01459

                                                                          Honorable John Z. Lee

Schell & Kampeter, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

      MINUTE entry before the Honorable John Z. Lee:Pursuant to the parties' stipulation of dismissal [46], Plaintiffs' individual claims are hereby dismissed with prejudice, and the class claims are dismissed without prejudice, with each party to bear its own costs. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.